

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-15-00534-CV

Patricia Jo **KARDELL**, Martin Murphy Snowden, Mickey Darrell Snowden,
and Mary Delilla Snowden,
Appellants

v.

Edwin V. **ACKER**, Jr., Stephen Adolph Acker, Elaine Acker George, Shella Acker (Reinke)
Bonner, and Edwin Scott Acker,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 12-06-001222-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting: Karen Angelini, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice

The panel has considered Appellants' motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court